| PROB 22 (Rev 2/88) | | DOCKET NUMBER *(Tran Court)* 1:02CR00023-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 07-50?0-PHX-SRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Paul Snyder<br>1286 East Laurel Court<br>Casa Grande, Arizona 85222 | Southern District of Ohio | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Sandra S. Beckwith<br>Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM December 12, 2006 — TO December 11, 2011 |

OFFENSE
Conspiracy to Distribute in Excess of One Thousand Kilograms of Marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A).

FILED  JAN 0 4 2008  CLERK U.S. DISTRICT...

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/9/07
Date

*signature*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/3/08
Effective Date

*signature* Susan R Bolton
United States District Judge