United States District Court
Southern District of Ohio, Western Division
706 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

February 20, 2008

CLERK, U.S. DISTRICT COURT

130 Sandra Day O'Connor
United States Courthouse
401 West Washington Street
Phoenix, AZ 85003-2146

Re: *USA v. Paul Snyder Your* Case#  CR 07-50120-PHX-SRB

Dear Clerk:

Enclosed please find the Order Transferring Jurisdiction signed by Judge Sandra S. Beckwith for the above listed defendant. Also enclosed are the certified copies of the indictment, judgment, transfer form, and docket sheet.

If you have any questions, please do not hesitate to call. I can be reached at 513-564-7652.

Please acknowledge receipt below and return a copy of this letter to the above address.

Sincerely,

JAMES BONINI, Clerk
Southern District of Ohio, Cincinnati

 s/Arthur Hill_____
Arthur Hill, Courtroom Deputy
(513) 564-7652

Attachments 1:02cr023-2

\* \* \*   \* \* \* \*   \* \* \*

Date:_____    Your Case No:_____Clerk: _____